UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**TRACY DAVIS, ET AL.**            **CASE NO. 6:25-CV-00068**

**VERSUS**                         **JUDGE ROBERT R. SUMMERHAYS**

**CRAIG LEBLANC, ET AL.**          **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

Before the Court is a motion for remand filed by Plaintiffs.[1] The motion was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, including Defendants' Objection and the responses thereto, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the Report and Recommendation, the motion for remand filed by Plaintiffs [ECF No. 8] is GRANTED, and this matter is REMANDED to state court.

THUS DONE in Chambers on this 21st day of April, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 8.